UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH J. LABAT (#509326)

VERSUS

LOUISIANA COMMUNITY AND
TECHNICAL COLLEGE SYSTEM

CIVIL ACTION

NO. 08-377-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 17, 2008 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's motion to dismiss is DENIED.

Baton Rouge, Louisiana, this 17th day of October, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA