UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KEITH J. LABAT

VERSUS

LOUISIANA COMMUNITY AND
TECHNICAL COLLEGE SYSTEM

CIVIL ACTION

NO. 08-377-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 6, 2009 (doc. no. 30). The defendant filed an objection and it has been duly considered by the court.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's motion for summary judgment is DENIED.

Baton Rouge, Louisiana, this 1ST day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA