UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH J. LABAT

VERSUS

LOUISIANA COMMUNITY AND
TECHNICAL COLLEGE SYSTEM, ET AL.

CIVIL ACTION

NO. 08-377-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 26, 2010 (doc. no. 66) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's motion for summary judgment is GRANTED and the claims against Louisiana Community and Technical College System are DISMISSED.

Baton Rouge, Louisiana, this 23rd day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA